UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RAPHAEL BIGIO, BAHIA BIGIO, FERIAL SALMA BIGIO AND B. BIGIO & CO., | * * * |
| Plaintiffs, | * *   97 CIV. 2858 (BSJ) |
| v. | * * |
| THE COCA-COLA COMPANY and THE COCA-COLA EXPORT CORPORATION, | * * * |
| Defendants. | * |

---

## **DECLARATION OF PAUL A. STRAUS**

I, Paul A. Straus, hereby declare that:

1. I am a member of the law firm of King & Spalding LLP, attorneys for defendants The Coca-Cola Company and The Coca-Cola Export Corporation in this action. I submit this declaration in support of defendants' motion to dismiss plaintiffs' amended complaint. In particular, I make this declaration to put before the Court the documents listed below. I am fully familiar with the facts set forth herein.

2. Annexed hereto as Exhibit A is a copy of the Amended Complaint in this action, which was filed on August 10, 2009.

3. Annexed hereto as Exhibit B is a copy of the original complaint in this action, which was filed on April 21, 1997.

4. Annexed hereto as Exhibit C is a copy of the Amended Memorandum Opinion And Order dated June 9, 1998 entered by the Honorable Judge John S. Martin in this action.

5. Annexed hereto as Exhibit D is the Third Supplemental Declaration of Ahmed G. Abou Ali made on August 23, 2009.

6. Annexed hereto as Exhibit E is a copy of the decision reported at *Bigio v. The Coca-Cola Co.*, 239 F.3d 440 (2d Cir. 2001).

7. Annexed hereto as Exhibit F is a copy of the decision reported at *Bigio v. Coca-Cola Co.*, No. 97 Civ. 2858, 2005 U.S. Dist. LEXIS 1587 (S.D.N.Y. Feb. 3, 2005).

8. Annexed hereto as Exhibit G is a copy of the decision reported at *Bigio v. Coca-Cola Co.*, 448 F.3d 176 (2d Cir. 2006).

9. Annexed hereto as Exhibit H is a copy of the decision reported at *Sinaltrainal v. The Coca-Cola Co.*, No. 06-15851, 2009 U.S. App. LEXIS 17764 (11th Cir. Aug. 11, 2009).

\* \* \*

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed at New York, New York on August 24, 2009.

/s/ Paul A. Straus
Paul A. Straus